

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BABULAL BERA,

        Defendant.

Case No. 2:16-CR-00097-TLN

I, W. Warren Hamel, attorney for Defendant BABULAL BERA, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:  My business address is:

| | |
|---|---|
| Firm Name: | VENABLE LLP |
| Address: | 750 East Pratt Street, Suite 900 |
| City: | Baltimore, |
| State: | Maryland    Zip Code: 21202 |
| Voice Phone: | (410) 244-7400 |
| FAX Phone: | (410) 244-7742 |
| Internet E-mail: | whamel@venable.com |
| Additional E-mail: | lalitigationdocketing@venable.com, lbutta@venable.com |
| I reside in City: | Arnold, Maryland |

    I was admitted to practice in the United States District Court for the District of Maryland on December 18, 1987. I am presently in good standing and eligible to practice in said court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:           Edward J. Loya, Jr.

Firm Name:      Venable LLP

Address:        2049 Century Park East

                Suite 2100

City:           Los Angeles

State:          CA      ZIP Code: 90067

Voice Phone:    (310) 229-9900

FAX Phone:      (310) 229-9901

E-mail:         eloya@venable.com

Dated: July 14, 2016            Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: July 19, 2016

Troy L. Nunley
United States District Judge